UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) Criminal No.<br>) <br>) 21 U.S.C. §841(a)(1) -<br>) Possession of Marijuana with<br>) Intent to Distribute<br>)<br>) 18 U.S.C. §2 - Aiding and<br>) Abetting |
| v. | |
| PAUL BRANSFIELD | |
| Defendant. | |

FILED
IN CLERKS OFFICE
2003 DEC -5 P 12: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

03CR 10373 RWZ

## INFORMATION

(21 United States Code, Section 841(a)(1) - Possession of Marijuana with Intent to Distribute; 18, United States Code, Section 2 - Aiding And Abetting.)

The United States Attorney charges that:

On or about May 31, 2000, at Quincy in the District of Massachusetts,

**PAUL BRANSFIELD,**

defendant herein, knowingly and intentionally possessed with intent to distribute more than 100 kilograms of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vii), and Title 18, United States Code, Section 2.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ROBERT L. PEABODY
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 03CR10373RWZ |
| PAUL BRANSFIELD, | ) |
| Defendant | ) |

## WAIVER OF INDICTMENT

I, **PAUL BRANSFIELD**, the above-named defendant, who is accused of possessing more than 100 kilograms of marijuana, a Schedule I controlled substance, with intent to distribute same in violation of 21 U.S.C. §841 (a)(1), and Aiding and Abetting in violation of, 18 U.S.C. §2, being advised of the nature of the charges, the proposed information, and my rights, hereby agree to waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
PAUL BRANSFIELD
Defendant

_____
LENORE M. GLASER, ESQ.
Counsel for the Defendant

Before: _____
        Judicial Officer