```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Criminal No. 03-10373-RWZ |
| | ) |
| **PAUL BRANSFIELD,** | ) |

**GOVERNMENT'S MOTION PURSUANT TO PURSUANT TO U.S.S.G. §5K1.1
REGARDING SUBSTANTIAL ASSISTANCE**

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Robert L. Peabody, Assistant U.S. Attorney, moves this Honorable Court pursuant to both 18 U.S.C. §3553(e) and U.S.S.G. §5K1.1, to reduce defendant Paul Bransfield's Guideline sentence of 60 month sentence by a third (1/3) to a sentence of 40 months, three years supervised release, no fine, and a $100 special assessment.

The government moves under <u>both</u> provisions because Bransfield's cooperative efforts did constitute "substantial assistance" with the issuance of a Criminal Complaint in the matter of <u>United States v. Javier Navarro et al.</u>, Criminal Docket No. 04-M-1014-JGD in March of 2004; a criminal case in which two of the defendants arrested/charged in that matter – David Silva and Jose Rodriguez – agreed to cooperate with the government and have since proffered important information that is expected to lead to further criminal charges against other people.[1]

---

[1]   Rodriguez and Silva have <u>already</u> given proffers to agents in Tucson (Rodriguez) and Boston (Silva) about their roles

2

In particular, however, Bransfield's assistance led to criminal charges against lead defendant Javier Navarro, a significant Mexican marijuana broker with ties to Boston distributors – distributors who have since been prosecuted and convicted themselves. Unfortunately, Navarro remains a fugitive at this writing but is expected to be caught when he next crosses the American southwest border.

**Bransfield's offense conduct**

Bransfield was arrested in May of 2000 by Customs agents and MSP troopers at his home in Quincy, MA for storing more than 372 kilograms of marijuana in a guest room inside his house located at 25 Brooks Avenue. At the time, agents were investigating a Mexican marijuana smuggling ring that had a supplier/ customer base in the Malden area that included federally convicted marijuana dealer John Schrimpf and Phil Watson who is currently awaiting trial at the hands of Jeff Auerhahn and Jamie Herbert for Hobbs Act violations. Through an informant, agents learned that a large marijuana shipment had arrived somewhere on the South Shore and was destined for distribution to Watson and,

---

in a Mexican/Arizona/Boston marijuana conspiracy and have also provided useful information about Ivan Villaescusa, Navarro, as well other to date unknown persons who helped make this conspiracy operate over several years. Both men are expected to plead guilty to marijuana charges soon and continue to assist ICE agents in Tucson with smuggling intelligence relevant to <u>this</u> case and other smugglers in the greater Tucson area, including "Ivan."

3

possibly, Schrimpf. Through the same informant, agents learned of Paul Bransfield and confirmed that he was a Malden "guy," had been an associate of Watson for some time, and that the marijuana load may be stored at Bransfield's home.

Thereafter, agents "staked out" Bransfield's home in Quincy, MA in hopes of observing accomplices of Watson, Bransfield, or the Mexicans, coming to Bransfield's house to gather the marijuana. After several hours of waiting, agents decided to confront Bransfield by knocking on his door and inquiring of him. Agents also knew that Bransfield had an outstanding default warrant from the Malden District Court for which he could be arrested at anytime.

Bransfield refused to come to the door after several attempts to call his name. (Agents had seen Bransfield inside the house and, later, running upstairs as if to avoid any contact with agents.) Knowledgeable that there was a warrant for him, agents entered the house, arrested Bransfield, and questioned him at the kitchen table. Hanging on a table chair was a CVS bag with a quantity of marijuana (several wrapped ounces) inside.

After observing the marijuana, Bransfield was advised of his rights per <u>Miranda</u>, stated that he understood his rights, and agreed to answer questions. BRANSFIELD admitted that the white plastic bag containing marijuana hanging on the dining room chair belonged to him. He also stated that there was a much larger

4

amount of marijuana stored in his house, but that he did not know how much marijuana was there, only that several Hispanic males had brought the marijuana to his house several days earlier and that he had agreed to temporarily store the drugs for them.

Based on this information, agents obtained a search warrant from the Quincy court and executed same later in the day. The resulting search discovered the 372 kilograms of marijuana neatly packaged in multiple cardboard boxes stacked in an upstairs guest room. Marijuana packaging materials (including plastic bags and plastic wrap), scales, and other drug-related paraphernalia were also seized from inside BRANSFIELD's apartment.

**Relevant background: Javier Navarro**

The background to these events is that Bransfield had been recruited by a Mexican marijuana dealer/broker, Javier Navarro, to store the large amount of drugs in his house pending its distribution to Watson and/or Schrimpf and their distribution to their own large customer base in the greater Malden area.

Watson and Schrimpf had an existing drug relationship that dated back more than a year with Navarro. Navarro had arranged with both Watson and Schrimpf to deliver multi-kilogram loads of marijuana from the Mexico and the American Southwest using tractor trailers and complicit truck drivers who were paid to hide marijuana within shipments of fruits and vegetables. Watson and Schrimpf negotiated with Navarro in Mexico to broker

5

shipments of marijuana to the Boston area. (Navarro would utilize suppliers in Mexico who would work with Navarro in recruiting drivers to deliver the marijuana loads.)

In May of 2000, Navarro engineered yet another marijuana load to be brought to Boston -- drugs with which Navarro expected to supply Watson. However, at the time, Watson owed Navarro a lot of money for a previous marijuana shipment and <u>still</u> had not come up with the money to pay Navarro by the time the May 2000 load had arrived in Boston. Faced with this situation, Navarro recruited Bransfield to "store" the marijuana at his house until it could be moved/distributed to Watson or, perhaps, Schrimpf, and Bransfield agreed.

Bransfield and Navarro were well-acquainted with each other because Bransfield's sister in law, "Kiki" Alsteberger, was Navarro's girlfriend. Earlier, Navarro had met "Kiki" with Watson when she worked as a bartender at "Club Play" in Malden, MA and the two immediately began dating. (Navarro had plans to market Mexican furniture at local outlets and recruited "Kiki" to assist him.) As a result, Bransfield and his wife "double-dated" with Navarro and "Kiki" numerous times.

**Bransfield's substantial assistance**

Following his arrest, Bransfield agreed to cooperate with the government. He made himself available to agents and the

prosecutor within several days and provided agents with the helpful information not only about the 372 kilograms of marijuana seized in his house, how it got there, etc., but, more importantly, about Navarro's Mexican marijuana smuggling ring, and its local distribution ties to Watson. (Bransfield did not know about Schrimpf.)

Bransfield testified before the grand jury about his relationship with Navarro, the details about how he came to know Navarro and how Navarro had recruited him to store the 372 kilograms of marijuana inside Bransfield's residence. Although Bransfield knew Watson quite well and was aware that Watson sold marijuana in and around Malden, MA, Bransfield was <u>not</u> <u>privy</u> to Navarro's plans to sell the marijuana being stored in Bransfield's house to Watson or the current impasse between Navarro and Watson over the previous unpaid load of marijuana. Notwithstanding, Bransfield knew that the marijuana being stored in his house was destined for transfer to a Navarro client.

Bransfield's wife, Pascal, and sister in law ("Kiki") <u>also</u> testified in the grand jury about their own relationship with Navarro, the fact that he had been hanging around Malden for some time trying to hawk Mexican furniture, that he always had a large supply of ready cash on hand, and paid for everything when the two couples went out. Although not privy, themselves, to Navarro's and Bransfield's plans to store Navarro's marijuana in

7

the Quincy house, both the spouse and sister in law did not speak with Navarro or otherwise know about Navarro's drug activities – although they suspected as much.

**Navarro et al. Complaint: March 11, 2004.**

Due, in part, to the inculpatory information about Navarro imparted to the government by Bransfield, (and additional evidence provided by Schrimpf following his arrest marijuana distribution in February 2001), a criminal complaint (United States v. Javier Navarro, et al., 04-M- 1014-JD) was obtained in March 2004 charging Navarro and three minor Mexican/Arizona accomplices with conspiracy to possess with intent to distribute more than 100 kilograms of marijuana -- a conspiracy that included both the 372 kilograms of marijuana that Bransfield stored at his Quincy house in May 2000, and a second load of 175 kilograms of marijuana that Navarro arranged to send to Schrimpf and that agents seized in February 2001 (seven months later) in Chelsea, MA while it was being off-loaded by the truck driver and Schrimpf.[2]

The Navarro prosecution remains in Complaint stage but will be indicted either in this District or, possibly, in the District

---

[2] Two of the four charged defendants in the Navarro Complaint were arrested – Pablo Rodriguez and Reniel Silva – but Navarro and a fourth defendant remain fugitives.  However, Navarro's habit of coming back and forth across the US/Mexican border will, eventually, get him caught.

8

of Arizona where Navarro's two co-defendants reside and, more importantly, where they are currently cooperating with ICE Special Agent John Lacinski to develop a larger marijuana smuggling conspiracy case that includes not only Javier Navarro, but Navarro's Mexican source of supply, Ivan Villaescusa – a Mexican national closely connected to Javier Navarro.  Now, with the aid of cooperation of Bransfield, Schrimpf, and the two Navarro accomplices (Silva and Rodriguez), SA Lacinski has been able develop a case against Ivan Villaescusa and Javier Navarro <u>both</u> from the Mexico/Arizona end and from the Boston end, including the two aforementioned large marijuana seizures.

**WHEREFORE**, for the foregoing reasons, the government respectfully requests that its motion under both 18 U.S.C. § 3553(e) and U.S.S.G. § 5K1.1 be allowed, and further recommends that Bransfield's Guideline sentence be reduced by one third to a period of 40 months imprisonment, 3 three years supervised release, no fine and a $100 special assessment.

                                  Respectfully submitted,

                                  **MICHAEL J. SULLIVAN**
                                  United States Attorney

        By:

                                <u>/s/ Robert L. Peabody</u>
                                **ROBERT L. PEABODY**
                                Assistant U.S. Attorney
                                617 748-3240

**Dated: October 18, 2004**