AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **WARRANT FOR ARREST** |
| PAUL BRANSFIELD | Case  03CR10373-RWZ |
| Washington St., Quincy, MA. | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **PAUL BRANSFIELD**
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation    X  Probation Violation Petition

charging him or her     (brief description of offense)

failure of defendant to not commit another crime; failure of defendant for not reporting to the Probation Officer and not submitting a truthful and complete written report; failure of defendant not to report change in address

in violation of _____ United States Code, Section(s) _____ 3606 _____

LISA A. UR___                              Deputy Clerk
Name of Issuing Officer                    Title of Issuing Officer

                                           11/21/06 BOSTON
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

WARRANT EXECUTED BY  USMS Self surrender
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/26/10

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |